```
                FILED                          JUDICIAL PANEL ON
          U.S. DISTRICT COURT              MULTIDISTRICT LITIGATION
          DISTRICT OF NEBRASKA
                                                  AUG 1 0 2006
           06 SEP -1  AM 11: 27
                                                     FILED
                  OFFICE OF THE CLERK             CLERK'S OFFICE
          DOCKET NO. 1657
```

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)        8:06cv460

### CONDITIONAL TRANSFER ORDER (CTO-60)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,215 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

**ALABAMA MIDDLE**
ALM  1  06-584              Walter Butler, et al. v. Merck & Co., Inc.
ALM  1  06-637              Ruth Williams v. Merck & Co., Inc.
~~ALM  2  06-557~~              ~~Rosie Russaw, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06

**ALABAMA NORTHERN**
~~ALN  2  06-1279~~              ~~Betty Whitehead, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06
ALN  2  06-1365             Patricia Elise Hargrove, etc. v. Merck & Co., Inc.
ALN  2  06-1402             Rhetta McCants, etc. v. Merck & Co., Inc.
ALN  2  06-1414             Mary Jane Seabury, et al. v. Merck & Co., Inc.
ALN  2  06-1417             Adele G. Baras v. Merck & Co., Inc.
ALN  2  06-1430             Kristina McWaters, etc. v. Merck & Co., Inc.
ALN  5  06-1416             Billy F. Shields, et al. v. Merck & Co., Inc.
ALN  7  06-1368             Robert Cox v. Merck & Co., Inc.

**ARKANSAS EASTERN**
ARE  4  06-761              Glen Bost, et al. v. Merck & Co., Inc.

**CALIFORNIA EASTERN**
CAE  2  06-1597             Patrick Gavigan v. Merck & Co., Inc., et al.

**CALIFORNIA NORTHERN**
~~CAN  3  06-4180~~              ~~Edward Schwartz v. Merck & Co., Inc., et al.~~ Opposed 8/24/06
CAN  3  06-4497             Fabrice Malzieu v. Merck & Co., Inc., et al.

**CALIFORNIA SOUTHERN**
CAS  3  06-1468             Leonor Gibson v. Merck & Co., Inc.

**FLORIDA MIDDLE**
FLM  2  06-321              Hilda Taylor, etc. v. Merck & Co., Inc., et al.
FLM  2  06-354              Joseph Panzera v. Merck & Co., Inc.
FLM  2  06-355              Bobby Lee Joiner v. Merck & Co., Inc.
FLM  3  06-606              Jacob Green, et al. v. Merck & Co., Inc., et al.
FLM  5  06-228              Julian Niedbala v. Merck & Co., Inc., et al.
FLM  8  06-1204             Linda Matrulla v. Merck & Co., Inc., et al.
FLM  8  06-1213             Aida Rivera v. Merck & Co., Inc., et al.
FLM  8  06-1229             Martha Travis v. Merck & Co., Inc., et al.
FLM  8  06-1236             Marshall Dentmon v. Merck & Co., Inc., et al.
FLM  8  06-1256             Rosa Medina v. Merck & Co., Inc.
FLM  8  06-1356             Alan Aronoff v. Merck & Co., Inc., et al.

**FLORIDA NORTHERN**
FLN  3  06-288              Meredith Devoe, et al. v. Merck & Co., Inc.
~~FLN  4  06-353~~              ~~Leon Singleton v. Merck & Co., Inc., et al.~~ Vacated 8/22/06
~~FLN  4  06-356~~              ~~Anita Davis v. Merck & Co., Inc., et al.~~ Opposed 8/21/06

**FLORIDA SOUTHERN**
FLS  9  06-80640            Jeff Weisman v. Merck & Co., Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA NORTHERN** | |
| GAN 4 06-163 | Gary Knowles, et al. v. Merck & Co., Inc. |
| **HAWAII** | |
| HI 1 06-348 | Liberta K. Karratti, et al. v. Merck & Co., Inc. |
| HI 1 06-355 | Miyoko Sugano v. Merck & Co., Inc. |
| HI 1 06-356 | John A. Kimmell, II v. Merck & Co., Inc. |
| HI 1 06-357 | Melvin M. Imamura, et al. v. Merck & Co., Inc. |
| HI 1 06-358 | Santago Espinas, et al. v. Merck & Co., Inc. |
| HI 1 06-359 | Thomas Frigge, et al. v. Merck & Co., Inc. |
| HI 1 06-360 | Veronica Edwards v. Merck & Co., Inc. |
| HI 1 06-361 | Geraldine Wabinga v. Merck & Co., Inc. |
| HI 1 06-362 | Wynetta Carl Matsuura, et al. v. Merck & Co., Inc. |
| HI 1 06-363 | Sam Barraco, et al. v. Merck & Co., Inc. |
| HI 1 06-364 | Nelson Adams v. Merck & Co., Inc. |
| HI 1 06-365 | Joseph Scrofani, et al. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS 1 06-20 | Donna L. Brown v. Merck & Co., Inc. |
| IAS 4 06-311 | Marilyn Brownell, et al. v. Merck & Co., Inc. |
| IAS 4 06-353 | Vicky L. Pryor, etc. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 2 06-264 | John Hove v. Merck & Co., Inc. |
| **ILLINOIS CENTRAL** | |
| ILC 2 06-2133 | Elizabeth L. Gunning, etc. v. Merck & Co., Inc. |
| ILC 4 06-4044 | Sandra C. Johnson Williamson, etc. v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-3875 | Lorraine Cote v. Merck & Co., Inc. |
| ILN 1 06-3920 | Kathryn Fredrick, et al. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-543 | Trudy Hull v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW 2 06-1263 | Barbara C. Walker v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 06-1664 | Joseph P. Pacheco v. Merck & Co., Inc. |
| MD 1 06-1665 | Louise E. Regan v. Merck & Co., Inc. |
| MD 1 06-1669 | Sandra Banach-Sittler, et al. v. Merck & Co., Inc. |
| MD 1 06-1670 | Harry E. Wink, Jr., et al. v. Merck & Co., Inc. |
| MD 1 06-1880 | Thomas Beck v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-2141 | Judy Ackland v. Merck & Co., Inc. |
| MN 0 06-2723 | Wendall Adams v. Merck & Co., Inc. |
| MN 0 06-2834 | Kathleen M. O'Hehir-Johnson v. Merck & Co., Inc. |
| MN 0 06-2835 | Ruth A. Silva v. Merck & Co., Inc. |
| MN 0 06-2836 | Elmer P. Rose v. Merck & Co., Inc. |
| MN 0 06-2837 | Norma J. Polman v. Merck & Co., Inc. |
| MN 0 06-2838 | Beverly Tepley v. Merck & Co., Inc. |
| MN 0 06-2839 | Larry R. Karnes v. Merck & Co., Inc. |

SCHEDULE CTO-60 TAG-ALONG ACTIONS  (MDL-1657)                           PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN   0   06-2840 | Michele L. Stilinovich v. Merck & Co., Inc. |
| MN   0   06-2841 | Lois N. Salo v. Merck & Co., Inc. |
| MN   0   06-3051 | Walter Harrison v. Merck & Co., Inc. |
| MN   0   06-3110 | Jon Guthmiller, et al. v. Merck & Co., Inc., et al. |

MISSOURI EASTERN
MOE  4   06-1096          Marsha Sumrall, etc. v. Merck & Co., Inc.

MISSISSIPPI NORTHERN
MSN  2   06-126           Cary Smith v. Merck & Co., Inc.

MISSISSIPPI SOUTHERN
MSS  2   06-182           Jerry Don West v. Merck & Co., Inc., et al.
MSS  3   06-329           Frederick Resse, etc. v. Merck & Co., Inc.
MSS  3   06-375           William E. Boyd, et al. v. Merck & Co., Inc.
MSS  3   06-378           Wayne Musgrove v. Merck & Co., Inc., et al.

NORTH CAROLINA MIDDLE
NCM  1   06-594           Tammy D. Cole v. Merck & Co., Inc.

NEBRASKA
NE    8   06-460          Thomas C. Kouth v. Merck & Co., Inc.

NEVADA
~~NV    2   06-914~~          ~~John James Mangani v. Merck & Co., Inc., et al.~~  Opposed 8/18/06

NEW YORK EASTERN
NYE  1   06-3631          Eula Daniels v. Merck & Co., Inc.

NEW YORK SOUTHERN
NYS  1   06-5074          Claubette Jackson, et al. v. Merck & Co. Inc.
NYS  1   06-5202          Walesca Quinones, etc. v. Merck & Co., Inc.
NYS  1   06-5524          Cynthia Margolies v. Merck & Co., Inc.

NEW YORK WESTERN
NYW  6   06-6331          Robin Philp v. Merck & Co., Inc.
NYW  6   06-6356          Patricia Neuman v. Merck & Co., Inc., et al.
NYW  6   06-6357          Carolyn Corsoro v. Merck & Co., Inc., et al.
NYW  6   06-6358          William H. Burns, etc. v. Merck & Co., Inc., et al.

OHIO NORTHERN
OHN  3   06-1617          Louise Brown v. Merck & Co., Inc.

OHIO SOUTHERN
OHS  1   06-435           David Boomershire, et al. v. Merck & Co., Inc.

OKLAHOMA NORTHERN
OKN  4   06-373           Gay Lynn Jones v. Merck & Co., Inc.

OKLAHOMA WESTERN
OKW  5   06-685           Ronald Hare, etc. v. Merck & Co., Inc.
OKW  5   06-734           Jane Warren v. Merck & Co., Inc.
OKW  5   06-768           Benjamin Stepeny, etc. v. Merck & Co., Inc.
OKW  5   06-769           Raymond Stapp, et al. v. Merck & Co., Inc.
OKW  5   06-771           Connie Vickery, et al. v. Merck & Co., Inc.

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OREGON** | |
| OR 3 06-976 | James J. Wood, et al. v. Merck & Co., et al. |
| OR 6 06-6152 | Lynn Alan Wright, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2826 | Dr. David N. Greenhaw, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2838 | George Walls v. Merck & Co., Inc., et al. |
| PAE 2 06-2851 | James Montgomery v. Merck & Co., Inc., et al. |
| PAE 2 06-3062 | Donald Maliszewski v. Merck & Co., Inc., et al. |
| PAE 2 06-3097 | Lowell Bulger, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3110 | Jesse Singleton v. Merck & Co., Inc. |
| PAE 2 06-3178 | Debra A. Beyer, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3179 | Marie C. Oakley, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3180 | Sam S. Pardino, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3181 | Gregory D. Kelly, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3182 | Sylvia Hauge, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-3189 | Vivian D. Beckenbaugh v. Merck & Co., Inc. |
| PAE 2 06-3221 | Geroloma F. Walter, etc. v. Merck & Co., Inc., et al. |
| PAE 2 06-3278 | Frances S. Wright v. Merck & Co., Inc., et al. |
| PAE 2 06-3279 | Joan M. Miller, et al. v. Merck & Co. Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-935 | Janice L. Snyder, etc. v. Merck & Co., Inc., et al. |
| **SOUTH DAKOTA** | |
| SD 4 06-4126 | Gerald Miller v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 6 06-302 | Russell Martin v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN 4 06-460 | Jackson Stockstill v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS 3 06-468 | Steven J. Birdwell, et al. v. Merck & Co., Inc. |
| TXS 4 06-2201 | Eunice Alvarado, et al. v. Merck & Co., Inc. |
| TXS 5 06-104 | Reymundo Aguero, etc. v. Merck & Co., Inc. |
| TXS 7 06-203 | Adoralida Salinas, et al. v. Merck & Co., Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 1 06-528 | Bassam Mahmoud v. Merck & Co., Inc. |
| TXW 5 06-621 | Anthony Ware, et al. v. Merck & Co., Inc. |
| TXW 6 06-183 | Keifer Marshall, Jr. v. Merck & Co., Inc. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-363 | Ellen P. Bailey, et al. v. Merck & Co., Inc. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-373 | John Matthews, et al. v. Merck & Co., Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 06-500 | Mildred E. Tanyhill, et al. v. Merck & Co., Inc. |
| WVS 5 06-509 | Mary Andrews v. Merck & Co., Inc. |
| WVS 5 06-519 | Nancy Shelton v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Reymundo Aguero
311 East Montgomery
Laredo, TX 78040

Christopher Tod Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Stephen D. Bachman
Holloway Dobson & Bachman, P.C.
One Leadership Square
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102-7102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Kevin R. Boyle
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Terry Bryant
Terry Bryant, L.L.P.
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kent Carnell
Lawton & Cates
P.O. Box 2965
Madison, WI 53701-2965

Ralph E. Chapman
Chapman, Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Amanda M. Cialkowski
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Bruce L. Cook
Cook Brown, LLC
8554 Alice Ave.
Clive, IA 50325

Jay Calvert Cooper
Cooper & Nelson, LLP
1404 Dean Street
Suite 201
Ft Myers, FL 33901

Timothy C. Davis
Heninger, Garrison & Davis, LLC
2224 First Avenue North
P.O.Box 11310
Birmingham, AL 35202

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Ste 2200
San Antonio, TX 78205

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Amy L. Donohue-Babiak
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd.
Suite 200
Philadelphia, PA 19103-2793

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Jacqueline L.S. Earle
Goodsill, Anderson, Quinn & Stifel
1800 Alii Place
1099 Alakea Street
Honolulu, HI 96813-2639

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Wayne E. Ferrell, Jr.
405 Tombigbee Street
P.O. Box 24448
Jackson, MS 39225-4448

H. Bruce Fischer
H. Bruce Fischer, PC
45 Rockefeller Plaza, Suite 2916
New York, NY 10111

William F. Fitzpatrick
Fitzpatrick & Fitzpatrick
36 West Randolph, # 301
Chicago, IL 60601

Richard L. Francis
Law Offices of Richard L. Francis
& Assoc., P.C.
Heritage Square
711 South "A" Street
Oxnard, CA 93030-7178

Elisabeth Ann French
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
1100 Park Place Tower
2001 Park Place
Birmingham, AL 35203

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N Broadway Avenue, Suite 101
Oklahoma City, OK 73118

Geoffrey L. Gifford
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street
Suite 1600
Chicago, IL 60602

David N. Gillis
405 Tombigbee Street
Jackson, MS 39201

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Michael Jay Green
Queen Street Building
345 Queen Street
2nd Floor
Honolulu, HI 96813

Ellen M. Gregg
Womble, Carlyle, Sandridge
& Rice, P.L.L.C.
301 North Main Street, Suite 300
Winston-Salem, NC 27101

Mark Adam Griffin
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Marco K. Guerrero
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Joan N. Harrop
Law Offices of Gomien & Harrop
220 West Main Street
Suite 300
Morris, IL 60450

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Marcus Edward Hayes, Sr.
Crumley & Associates, P.C.
2400 Freeman Mill Rd.
Suite 200
Greensboro, NC 27406

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Larry D. Helvey
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

John Hornbeck
Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

INVOLVED COUNSEL LIST (CTO-60) MDL-1657                                          PAGE 3 of 5

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Anthony Y. K. Kim
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Thomas J. Lyons, Sr.
Lyons Law Firm, P.A.
367 Commerce Court
Van Heights, MN 55127

Alissa J. Magenheim
O'Connor, Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202

G. Trent Marquis
Vanderginst Law, PC
400 16th Street
Rock Island, IL 61201

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Shilpa Supna Masih
Brock, Clay, Calhoun, Wilson & Rogers
49 Atlanta Street
Marietta, GA 30060-8611

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-2084

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

John V. Mejia
Law Offices of John V. Mejia
50 California Street, Suite 1500
San Francisco, CA 94111

Gerald Miller
Nbr. 35867
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

INVOLVED COUNSEL LIST (CTO-60) MDL-1657                                                                PAGE 4 of 5

Martha Neese
Neese Law Firm
12842 Glen Way
Apple Valley, MN 55124

Terry S. Nelson
Cooper & Nelson, LLP
1404 Dean Street, Suite 201
Ft Myers, FL 33901-2858

Donald W. O'Brien, Jr.
Woods, Oviatt & Gilman, LLP
700 Crossroads Building
Two State Street
Rochester, NY 14614

Christopher M. O'Neal
Parks & Crump, L.L.C.
240 North Magnolia Drive
Tallahassee, FL 32301

Staci B. O'Neal
O'Neal Law Firm
1888 Main Street
Suite C #177
Madison, MS 39110

Brian J. Panish
Panish, Shea & Boyle, LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Alan H. Perer
Swensen, Perer & Kontos
Two Oliver Plaza, Suite 2501
Pittsburgh, PA 15219

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

George Quesada
Sommerman & Quesada
3811 Turtle Creek Blvd.
Suite 1400
Dallas, TX 75219-4461

Rachael M. Raymon
Levin Papantonio Thomas, et al.
316 S Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32581

M. David Riggs
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
502 West 6th Street
Tulsa, OK 74119

Kenneth S. Saffren
Saffren & Weinberg
815 Greenwood Avenue
Suite 22
Jenkintown, PA 19046

Shelly A. Sanford
Goforth Lewis Sanford, LLP
1111 Bagby\, Suite 2200
Houston, TX 77002

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Michael D. Shalhoub
Heidell, Pittoni, Murphy
& Bach, LLP
99 Park Ave.
New York, NY 10016

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg..
Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Jo L. Slama
Slama Legal Group
4301 SW 3rd Street, Suite 100
Oklahoma City, OK 73108

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell & Scott
P.O. Box 1586
Batesville, MS 38606

Lowell Alan Stanley
6330 Newtown Road
P.O. Box 12639
Norfolk, VA 23451-0639

Jason M. Steffens
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401

Marcus Stevenson
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Paul F. Strain
Venable, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Dawn T. Sugihara
Goodsill Anderson Quinn & Stifel
Alii Place
1099 Alakea Street
Suite 1800
Honolulu, HI 96813-2639

Alexander M. Sukhman
Kralovec, Jambois & Schwartz
Goodman Theatre Building
60 West Randolph Street, 4th Floor
Chicago, IL 60601

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

INVOLVED COUNSEL LIST (CTO-60) MDL-1657                                                                PAGE 5 of 5

Chad M. Tuschman
Williams, Jilek, Lafferty, Gallagher & Scott Co.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH 43624-1696

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

J. Michael Vernon
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Mark A. Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Rob Williamson
Williamson & Williamson
811 First Avenue
Suite 620
Seattle, WA 98104

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

E. Frank Woodson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West
Suite 101
San Antonio, TX 78201

# INVOLVED JUDGES LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Wayne R. Andersen
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Richard H. Battey
U.S. District Judge
515 Ninth Street, Room 260
Rapid City, SD 57701

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Delores R. Boyd
U.S Magistrate Judge
United States District Court
P.O. Box 430
Montgomery, AL 36101-0430

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Elaine E. Bucklo
U.S. District Judge
1446 Everett M. Dirksen
U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

~~Hon. Edward M. Chen~~
~~U.S. Magistrate Judge~~
~~Phill Burton U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~Box 36060~~
~~San Francisco, CA 94102~~

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Thomas Coffin
U.S. Magistrate Judge
U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kent J. Dawson
U.S. District Judge
6006 Lloyd D. George
U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U. S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal
Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Robert L. Hinkle
Chief Judge, U.S. District Court
U.S. Courthouse Annex
111 North Adams Street
Suite 595
Tallahassee, FL 32301

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Fed. Bldg.. &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
360 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. George P. Kazen
U.S. District Judge
P.O. Box 1060
Laredo, TX 78042-1060

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Garr M. King
U.S. District Judge
907 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Samuel P. King
Senior U.S. District Judge
C-461 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Michael M. Mihm
U.S. District Judge
204 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Susan Oki Mollway
U.S. District Judge
C-409 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Robert W. Pratt
Chief Judge, U.S. District Court
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Suite 460
Pensacola, FL 32501-5625

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Harvey E. Schlesinger
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. J. Michael Seabright
U.S. District Judge
United States District Court
C-435 Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. John C. Shabaz
U.S. District Judge
P.O. Box 591
Madison, WI 53701

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Rebecca Beach Smith
U.S. District Judge
358 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
100 Fed. Bldg.& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield
U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman
U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
200 U.S. Courthouse & Fed. Bldg.
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John M. Waters, Clerk
40 U.S. Post Office Bldg.
211 19th Street
Rock Island, IL 61201

John M. Waters, Clerk
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

INVOLVED CLERKS LIST (CTO-60)) MDL-1657                                                                                          PAGE 2 of 2

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal
Building
100 State Street
Rochester, NY 14614-1368

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse
& Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal
Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

~~William M. McCool, Clerk~~
~~U.S. Courthouse~~
~~111 North Adams Street~~
~~Tallahassee, FL 32301-7795~~